UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KRISTEN ESTERHELD, et al.,<br><br>　　　　Defendants. | Case No. 20-01279 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the complaint with prejudice for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated: __June 30, 2020_____**

　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.20\01279Saddozai_judgment