UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTEN ESTERHELD, Daly City Police Officer, et al.,<br><br>    Defendants. | Case No. 20-01279 BLF (PR)<br><br>**ORDER REVOKING** *IN FORMA PAUPERIS* **STATUS ON APPEAL** |

Plaintiff, a state prisoner, filed this civil action pursuant to 42 U.S.C. § 1983 against the Daly City Police Department, and was granted leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 4. On June 30, 2020, the Court dismissed the complaint for failure to state a claim for relief. Dkt. No. 5. Plaintiff appealed the matter. Dkt. No. 7.

The Ninth Circuit has referred this matter back to this Court for the limited purpose of determining whether IFP status should continue on appeal or whether the appeal is frivolous or taken in bad faith. Dkt. No. 10. The Court finds that the appeal is frivolous since the dismissal was proper. *See* 28 U.S.C. § 1915(a)(3). Accordingly, Plaintiff's IFP status is **REVOKED**.

The Clerk shall send a copy of this order to Plaintiff as well as to the Ninth Circuit.

**IT IS SO ORDERED.**

Dated:  ___August 4, 2020____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Revoking IFP on Appeal
P:\PRO-SE\BLF\CR.20\01279Saddozai_ifp.app.docx